CITY OF NEW YORK, Respondent, *v.* PETER J. COKENES et al., Appellants. (Actions Nos. 1 and 2.)

(Submitted October 2, 1933; decided October 10, 1933.)

*Arthur J. W. Hilly, Corporation Counsel (Arthur H. Kerns* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.